IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MIGUEL PEREZ,** | : |
| | : |
| Plaintiff, | : |
| | : |
| vs. | : CIVIL ACTION 06-0688-KD-B |
| | : |
| **DAVID L. STREIFF, Warden, et al.,** | : |
| | : |
| Defendants. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) dated August 13, 2007, (doc. 24) is **ADOPTED** as the opinion of this Court.[1]  It is **ORDERED** that the motion for preliminary injunction be and is hereby **DENIED**.

**DONE** this 6th day of September, 2007.

s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

---

[1]  A copy of the Report and Recommendation was sent to plaintiff's last known address which was provided to the Court by the plaintiff on July 3, 2007. (Doc. 21).